# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY E. WIDE, JR.,

    Plaintiff,

v.

STATE OF NEVADA et al.,

    Defendants.

2:17-cv-02142-APG-GWF

**ORDER**

## I. DISCUSSION

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1-1). Plaintiff has neither paid the full filing fee for this matter nor filed an application to proceed *in forma pauperis*.

Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. Plaintiff will be granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file an application to proceed *in forma pauperis* he must file a fully complete application to proceed *in forma pauperis*.

Although Plaintiff has submitted a complaint in this case, Plaintiff has not signed the penalty of perjury section of his complaint, his notice of certificate of service by mailing, or his affirmation. (*See* ECF No. 1-1 at 9-11). It appears that another inmate helped Plaintiff prepare this complaint and submitted the complaint to this Court without Plaintiff's signature. (*Id.* at 9). The Court grants Plaintiff thirty (30) days from the date of this order to submit a

signed copy of the complaint to this Court.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that the Clerk of the Court shall send to Plaintiff a copy of his complaint (ECF No. 1-1). Plaintiff shall submit a signed copy of the complaint to this Court within **thirty (30) days** from the date of this order.[1]

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: This 14th day of August, 2017.

_____
United States Magistrate Judge

---

[1] Plaintiff may sign the copy of the complaint provided by the Court and mail the signed copy back to this Court.